# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANN MORGAN, on behalf of herself and others similarly situated,  :  Plaintiff,  : v.  : VICKYS MARKETING, INC.  :  Defendant.  : | CIVIL ACTION FILE NO. 5:22-cv-407 |

The Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

DATED: August 4, 2022

PLAINTIFF,
By his attorneys,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Pro Hac Vice*